UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. **CR 06-0192 CRB** |
| Plaintiff, | ) | [~~PROPOSED~~] **FINAL ORDER OF FORFEITURE** |
| v. | ) | |
| ANTHONY LAU, | ) | |
| Defendant. | ) | |

On March 16, 2007, the Court entered an Amended Preliminary Order of Forfeiture forfeiting the defendant's right, title and interest in the money judgment of $1,000,000, the jewelry listed in Exhibit 1 and the $395,506 seized from the defendant's residence.

The United States represents that it has complied with the publication and notice requirements of the Amended Preliminary Order and that no petitions have been filed.

THEREFORE, it is ordered that the above-described property shall be forfeited to the United States, pursuant to Title 18, United States Code, Section 982(a)(1) and Rule 32.2(b) of the Federal Rules of Criminal Procedure. All right, title and interest in said property is vested in the United States of America. The appropriate federal agency shall dispose of the forfeited property according to law.

IT IS SO ORDERED this ___16th___ day of ___August___ 2007.

_____
CHARLES R. BREYER
United States District Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Charles R. Breyer]